# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 20-CR-0713-JLS |
| Plaintiff, | **ORDER GRANTING MOTION TO CONTINUE IN LIMINE MOTION HEARING AND JURY TRIAL** |
| v. | |
| HARLAN HIGA (2) | |
| Defendant. | |

Pursuant to a joint motion and good cause appearing, **IT IS HEREBY ORDERED** that the *In Limine* Motions Hearing set for **March 4, 2022** and the Jury Trial set for **March 22, 2022** are vacated.

**IT IS FURTHER ORDERED** that a Status Hearing Regarding Disposition be set on **March 18, 2022** at 1:30 PM. Additionally, for the reasons set forth in Joint Motion to Continue *In Limine* Motion Hearing and Jury Trial, the Court finds the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(B)(iv).

**IT IS SO ORDERED.**

Dated: February 22, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge