# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>HARLAN HIGA,<br><br>　　　　　　Defendant. | Case No.: 20-CR-00713-JLS-2<br><br>**ORDER TO GRANTING DEFENDANT'S MOTION TO MODIFY BOND CONDITIONS** |

Pursuant to unopposed motion of the defendant and good cause appearing,

IT IS HEREBY ORDERED that Defendant's conditions of release are modified to permit travel to visit his ill father in Hawaii for the dates of February 28, 2022, thru March 3, 2022.  Further, Defendant is permitted to go to restaurants, hospitals, and family homes during his visit to Hawaii.

IT IS SO ORDERED.

Dated:  February 25, 2022

　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　United States District Judge