# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 20-CR-0713-JLS |
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO CONTINUE STATUS HEARING** |
| v. | |
| HARLAN HIGA (2) | |
| Defendant. | |

Pursuant to a joint motion and good cause appearing, **IT IS HEREBY ORDERED** that the Status Hearing set for **March 25, 2022** is vacated.

**IT IS FURTHER ORDERED** that a Status Hearing be set on **April 29, 2022** at 1:30 PM. Additionally, for the reasons set forth in the joint motion, the Court finds the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(B)(iv).

**IT IS SO ORDERED.**

Dated: March 18, 2022

Hon. Janis L. Sammartino
United States District Judge