# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HARLAN HIGA (2)<br><br>Defendant. | Case No.: 20-CR-0713-JLS<br><br>**ORDER GRANTING MOTION TO CONTINUE STATUS HEARING** |

Pursuant to a joint motion and good cause appearing, **IT IS HEREBY ORDERED** that the Status Hearing set for **April 29, 2022** is vacated.

**IT IS FURTHER ORDERED** that a Status Hearing be set on **June 24, 2022** at 1:30 PM. Defendant shall file an acknowledgement of the new hearing date by May 6, 2022.

Additionally, for the reasons set forth in the Joint Motion to Continue Status Hearing, the Court finds the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(B)(iv).

**IT IS SO ORDERED.**

Dated: April 27, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge