# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 20-CR-0713-JLS |
| Plaintiff, | **ORDER GRANTING MOTION TO CONTINUE IN LIMINE MOTION HEARING AND JURY TRIAL** |
| v. | |
| HARLAN HIGA (2), | |
| Defendant. | |

Pursuant to a joint motion and good cause appearing, **IT IS HEREBY ORDERED** that the *In Limine* Motions Hearing set for **October 21, 2022** and the Jury Trial set for **October 24, 2022** are vacated.

**IT IS FURTHER ORDERED** that the Motion *In Limine* hearing is reset to **January 20, 2023** at 2:00 p.m., and the Jury Trial is reset for **January 23, 2023** at 9:00 a.m. Additionally, for the reasons set forth in the underlying Joint Motion to Continue *In Limine* Motion Hearing and Jury Trial, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv).

**IT IS SO ORDERED.**

Dated:  October 12, 2022

Hon. Janis L. Sammartino
United States District Judge